## **INDEX OF EXHIBITS**

Exhibit A	USPS Proof of Delivery

Exhibit B	Email Dated 8/3/21

Exhibit C	Affidavit of Process Server

{00088119.DOCX}