# EXHIBIT A

July 1, 2021

Dear Kiersten Plane:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0608 8317 58**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | June 25, 2021, 10:48 am |
| Location: | PONTIAC, MI 48341 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
|  | Up to $50 insurance included |
| Recipient Name: | The Yatooma Law Firm P C |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 0.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address: speedway 45, 48341]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004