# EXHIBIT B

| | |
|---|---|
| **From:** | Zachary Jugan |
| **To:** | nyatooma@normanyatooma.com; nyatooma@theyatoomalawfirm.com |
| **Cc:** | Joseph Starr |
| **Subject:** | Berkley Insurance v Yatooma Law Firm; Case No. 2:21-cv-11432 |
| **Date:** | Tuesday, August 3, 2021 11:42:00 AM |
| **Attachments:** | Yatooma - Complaint.pdf |
| | image001.png |
| | Yatooma Summons.pdf |

Good morning,

Our firm represents Berkley Insurance Company in a lawsuit filed against The Yatooma Law Firm, P.C. currently pending in the Eastern District of Michigan. I have attached a copy of the Summons and Complaint. Please advise if you will accept service on behalf of Defendant.

Thank you,

**Zachary S. Jugan**

Starr, Butler, Alexopoulos & Stoner, PLLC

20700 Civic Center Drive, Suite 290

Southfield, Michigan 48076

☎ Tel:  (248) 864-4941 [Direct Dial]

☎ Tel:  (248) 554-2700 [Main]

☎ Fax: (248) 353-6440

🖥 E-mail: zjugan@starrbutler.com

() Website: www.starrbutler.com

