# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

Berkley Insurance Company,

    Plaintiff,

vs.                                        Case No. 2:21-cv-11432-MFL-APP

The Yatooma Law Firm P.C.,

    Defendant.

**AFFIDAVIT OF ATTEMPTED SERVICE**

I, Michael Gregory Hovsepian, first being duly sworn, depose and say:

1.      That I am of suitable age and discretion.

2.      That on Friday July 23, 2021 at 1:00 p.m. I attempted to personally serve a Summons and Complaint with Exhibits upon The Yatooma Law Firm P.C. at 45 Speed Way, Pontiac, MI 48341 On this attempt I found a secure gated complex. I spoke with Anthony the head of security for the complex. He showed be how to use the call box to reach The Yatooma Law Firm. I spoke with Nicole who said nobody is in the building to accept service of process. All associates of the Firm are working remotely due to COVID 19. Anthony said that "Nicole" is Nicole Yatooma wife of Norman Yatooma who is head of The Yatooma Law Firm P.C. He also said that Nicole was in the building, but he could not let me in without her permission. I left my business card with Anthony, who said he would get it to the Tenant I was trying to serve. No reply was ever made. I believe that further attempts at personal service at this address would be unsuccessful.

Michael Gregory Hovsepian

PROCESS SERVER

SUBCRIBED AND SWORN TO BEFORE ME

ON THIS 1st DAY OF SEPTEMBER 2021

Shirley M. Biernacki, Notary Public

Macomb County, Michigan

My Commission Expires: 3/1/2026

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

Berkley Insurance Company,

    Plaintiff,

vs.                                    Case No. 2:21-cv-11432-MFL-APP

The Yatooma Law Firm P.C.,

    Defendant.

**AFFIDAVIT OF ATTEMPTED SERVICE**

I, Joseph Kostelnik, first being duly sworn, depose and say:

1.      That I am of suitable age and discretion.

2.      That on Friday August 27, 2021 at 12:39 p.m. I attempted to personally serve a Summons and Complaint with Exhibits upon The Yatooma Law Firm P.C. at 20690 Woodmont Street, Harper Woods, MI 48225. This address was obtained by a public records search for Christine Constantino. Christine Constantino is the registered agent of the Yatooma Law Firm according to State of Michigan corporate records. On this attempt I spoke to a woman who said she was Christine Constantinos' sister. She said there are two Christine Constantino's, Christine Constantino Jr. is the Registered agent for the Yatooma Law Firm. According to her sister "Jr" does not live at this address, but "Sr" does. She said that she would get the Summons and Complaint to her sister if I wanted to leave the papers with her now. I left a copy of the paperwork with her.

                                                                               Joseph Kostelnik

                                                                               PROCESS SERVER

SUBCRIBED AND SWORN TO BEFORE ME

ON THIS 8th DAY OF SEPTEMBER 2021

Michael Gregory Hovsepian, Notary Public

Oakland County, Michigan

My Commission Expires: 10/24/2022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

Berkley Insurance Company,

    Plaintiff,

vs.                                              Case No. 2:21-cv-11432-MFL-APP

The Yatooma Law Firm P.C.,

    Defendant.

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Joseph Kostelnik, first being duly sworn, depose and say:

1.    That I am of suitable age and discretion.

2.    That on Tuesday August 31, 2021 at 7:20 p.m. I attempted to personally serve a Summons and Complaint with Exhibits upon The Yatooma Law Firm P.C. at 1450 W. Square Lake Rd., Bloomfield Township, MI 48302. On this attempt I found a completely gated property with a Buzzer/Camera/Intercom at the driveway entrance. A woman answered the buzzer and said the Defendant was not home. I left my business card taped to the intercom, but no reply was made. I believe that further attempts at personal service at this address would be unsuccessful.

                                                                        Joseph Kostelnik

                                                                        PROCESS SERVER

SUBCRIBED AND SWORN TO BEFORE ME

ON THIS 1st DAY OF SEPTEMBER 2021

Michael Gregory Hovsepian, Notary Public

Oakland County, Michigan

My Commission Expires: 10/24/2022