UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BERKLEY INSURANCE COMPANY,

      Plaintiff,

v.

THE YATOOMA LAW FIRM P.C.,

      Defendant.

Case No. 21-11432
Hon. Matthew F. Leitman

| STARR, BUTLER, ALEXOPOULOS & STONER PLLC<br>Joseph A. Starr (P47253)<br>Zachary S. Jugan (P80944)<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 554-2700<br>jstarr@starrbutler.com<br>zjugan@starrbutler.com<br><br>HINSAW & CULBERTSON LLP<br>Scott Seaman (*pro hac vice* pending)<br>151 N. Franklin St., Ste. 2500<br>Chicago, IL 60606<br>(312) 704-3000<br>sseaman@hinshawlaw.com<br><br>Attorneys for Plaintiff | THE YATOOMA LAW FIRM P.C.<br>Christine L. Constantino, Jr. (P80719)<br>2211 S. Telegraph Rd., Ste. 7325<br>Bloomfield Twp., MI 48302<br>(248) 639-2000<br>cconstantino@theyatoomalawfirm.com<br>Attorneys for Defendant |
|---|---|

## **STIPULATED ORDER FOR VOLUNTARY RESCISSION AND DECLARATION OF THE SUBJECT POLICY AS VOID *AB INITIO***

This matter having come before the Court upon the stipulation of the Parties, through their respective counsel, to voluntarily rescind the Berkley Insurance Company Lawyers Professional Liability Insurance Policy No. PLP-1905267-P1

issued to Defendant, The Yatooma Law Firm P.C., effective January 12, 2021 to January 12, 2022 (ECF No. 1-2, PageID.18-36)(the "Policy"), and to declare the Policy void *ab initio*, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDRED** that the Policy (ECF No. 1-2, PageID.18-36) shall be rescinded and declared void *ab initio*;

**IT IS FURTHER ORDERED** that the above entitled cause of action is dismissed with prejudice and without costs, interest and attorney fees to any party;

**IT IS SO ORDERED**.

This is a final order which resolves all pending claims and closes the case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 2, 2021


The parties hereby Stipulate and Agree:

/s/ Zachary S. Jugan
Joseph A. Starr (P47253)
Zachary S. Jugan (P80944)
Attorneys for Plaintiff

/s/ Christine L. Constantino, Jr. (w/ consent 11/30/21)
Christine L. Constantino, Jr. (P80719)
Attorney for Defendant